People v Lynch (2024 NY Slip Op 01478)

People v Lynch

2024 NY Slip Op 01478

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: LINDLEY, J.P., BANNISTER, MONTOUR, NOWAK, AND KEANE, JJ. (Filed Mar. 15, 2024.)

MOTION NO. (1060/20) KA 18-01067.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ERIC A. LYNCH, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.